MORRIS I. DAVIDSON, Appellant, v. MORTON H. MEINHARD and CARRIE W. MEINHARD, Copartners, etc., Respondents.— Order affirmed, with ten dollars

costs and disbursements, with leave to plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.